# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3110
_____

JULIO ANTONIO MORE,

    Appellant,

v.

DANA GUILLORY MCMAHON,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Jr., Judge.

January 23, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kim Skievaski of Kim Anthony Skievaski, PA, Pensacola, for Appellant.

Dana Guillory McMahon, pro se, Appellee.